IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK NMSD LLC, A NEVADA LIMITED LIABILITY COMPANY, D/B/A CANOPI,

Appellant,

vs.

THE CITY OF LAS VEGAS, A MUNICIPAL CORPORATION; AND THE CITY COUNCIL OF LAS VEGAS,

Respondents.

No. 81952

**FILED**

AUG 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the joint motion of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Cristina D. Silva, District Judge
Kristine Kuzemka, Settlement Judge
Marquis Aurbach Coffing
Las Vegas City Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-25389